SHOHAM J. SOLOUKI (SBN 278538)
shoham@soloukisavoy.com
GRANT JOSEPH SAVOY (SBN 284077)
grant@soloukisavoy.com
**SOLOUKI SAVOY, LLP**
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550

Attorneys for Plaintiff, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINEZ-SALGADO, individual and class representative on behalf of himself and all other similarly situated non-exempt former and current employees,<br><br>Plaintiff,<br><br>vs.<br><br>RED COLLAR PET FOODS, INC., a Delaware Corporation; MARS PETCARE US, INC., a Delaware corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:21-cv-01601-PSG-KK<br><br>[*Assigned to Hon. Philip S. Gutierrez, Courtroom 6A*]<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:      September 9, 2020<br>Date of Removal: September 20, 2021 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff ENRIQUE MARTINEZ-SALGADO ("Plaintiff") and Defendants RED COLLAR PET FOODS, INC., and MARS PETCARE US, INC., ("Defendants") (collectively "the Parties") hereby notify the Court that the Parties have reached a global settlement and resolution of all claims in this matter. Plaintiff will file a motion for the preliminary approval of settlement in the San Bernardino Superior Court in the next 15 days.

The Parties jointly request that the court vacate all pending deadlines, including the Final Pretrial Conference set for 03/17/2023 at 02:30 PM and Jury Trial set for 3/30/2023 at 09:00 AM, and stay the case pending the San Bernardino Superior Court's ruling on approval of the settlement.

Dated: October 17, 2022        SOLOUKI SAVOY, LLP

                                                      By: /s/ Shoham J. Solouki
                                                      Shoham J. Solouki
                                                      Grant Joseph Savoy
                                                      Attorneys for Plaintiff
                                                      ENRIQUE MARTINEZ-SALGADO

Dated: October 17, 2022

                                                      By: /s/ Laura Gallagher
                                                      Thomas R. Davies, Pro Hac Vice
                                                      Laura Bailey Gallagher Pro Hac Vice
                                                      HARMON & DAVIES, P.C.

                                                      David P. King
                                                      KING, CHENG, MILLER & JIN, LLP

                                                      Attorneys for Defendant
                                                      RED COLLAR PET FOODS, INC.

Dated: October 17, 2022

LITTLER MENDELSON

By: /s/ Jyoti Mittal
Jennifer Robinson
Elizabeth Staggs-Wilson
Jyoti Mittal

Attorneys for Defendant
MARS PETCARE US, INC.

I, Jyoti Mittal, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Plaintiff's counsel concurred in this filing and has authorized the filing.

By: */s/ Jyoti Mittal*